UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Maria Doris Pineda**, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-02534 |
| ) | |
| **Donald J. Trump**, et al, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO ADMIT PRO HAC VICE

Plaintiffs, by and through undersigned counsel of record, moves this Court for an Order authorizing Dallas S. LePierre to appear and represent the Plaintiffs *pro hac vice* in the above-styled case and any related adversary litigation. In support of this Motion, please see the attached Declaration from Mr. LePierre.

WHEREFORE, Plaintiff prays that this Court grant the Motion to permit Mr. LePierre to represent the Plaintiffs *pro hac vice* in this case and for such additional relief as this Court deems proper.

Respectfully submitted this 7th day of November 2018,

/s/John M. Shoreman
John M. Shoreman (#407626)

**MCFADDEN & SHOREMAN, LLC**
1050 Connecticut Avenue, NW
Washington, DC 20036
202-772-3188/202-204-8610 FAX
jmshoreman@verizon.net

/s/Dallas S. LePierre
Dallas S. LePierre (Fl. # 101126)

**NEXUS DERECHOS HUMANOS ATTORNEYS, INC.**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442/ 703-935-2453 FAX
dlepierre@ndhlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing MOTION TO ADMIT PRO HAC VICE with the Clerk of Court via CM/ECF which automatically serve email notification to all counsel of record.

Respectfully submitted this 7th day of November 2018,

/s/John M. Shoreman
John M. Shoreman (#407626)

**MCFADDEN & SHOREMAN, LLC**
1050 Connecticut Avenue, NW
Washington, DC 20036
202-772-3188/202-204-8610 FAX
jmshoreman@verizon.net

## <u>DECLARATION OF DALLAS S. LEPIERRE UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746</u>

I, **Dallas S. LePierre**, declare pursuant 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

1. My name is **Dallas S. LePierre.**

2. My office address is: 44 Broad Street, NW, Suite 200, Atlanta, Georgia 30303. My office phone number is 404-254-0442.

3. I am member in good standing of State Bar of Florida (#101126, admitted 11/26/2012).

4. I certify that I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court in the last two years in the following cases: *Mejia-Mejia v. U.S. Immigration And Customs Enforcement et al*; Case No. 1:18-cv-1445; *Ramirez v. Sessions, et al*; Case No. 1:18-cv-1516; *Lopez-Sales v. Sessions, et al*; Case No. 1:18-cv-1700; *Gutierrez et al v. U.S. Department of Homeland Security et al*, Case No. 1:18-cv-1958; and *Statewide Bonding Inc., et at v. U.S. Department of Homeland Security et al*, Case No. 1:18-cv-2115. I am also applying for admission *pro hac vice* in *Statewide Bonding Inc., et at v. U.S. Department of Homeland Security et al*, Case No. 1:18-cv-2519.

6. I do not engage in the practice of law from an office located in the District of Columbia.

FURTHER DECLARANT **Dallas S. LePierre** SAYETH NOT

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November 2018,

_____
**Dallas S. LePierre**