UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Maria Doris Pineda**, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**Donald J. Trump**, et al, )<br>)<br>Defendants. ) | Case No. 1:18-cv-02534 |

## PLAINTIFFS' NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiffs pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and file this Notice of Voluntary Dismissal Without Prejudice.

Respectfully submitted on February 7, 2019.

/s/John M. Shoreman
John M. Shoreman (#407626)

**MCFADDEN & SHOREMAN, LLC**
1050 Connecticut Avenue, NW
Washington, DC 20036
202-772-3188/202-204-8610 FAX
jmshoreman@verizon.net

/s/ Mario B. Williams
Mario B. Williams (Ga. # 235254)

/s/Dallas S. LePierre
Dallas S. LePierre (Fl. # 101126)

**NEXUS DERECHOS HUMANOS ATTORNEYS, INC.**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442/ 703-935-2453 FAX
mwilliams@ndhlawyers.com / dlepierre@ndhlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Plaintiffs' Notice Of Voluntary Dismissal Without Prejudice with the Clerk of Court via CM/ECF which automatically serves email notification to all counsel of record.

Respectfully submitted this 7th day of February 2019,

/s/John M. Shoreman
John M. Shoreman (#407626)

**MCFADDEN & SHOREMAN, LLC**
1050 Connecticut Avenue, NW
Washington, DC 20036
202-772-3188/202-204-8610 FAX
jmshoreman@verizon.net

/s/ Mario B. Williams
Mario B. Williams (Ga. # 235254)

/s/Dallas S. LePierre
Dallas S. LePierre (Fl. # 101126)

**NEXUS DERECHOS HUMANOS ATTORNEYS, INC.**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442/ 703-935-2453 FAX
mwilliams@ndhlawyers.com / dlepierre@ndhlawyers.com